NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY V. SIEBEN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5091

---

Appeal from the United States Court of Federal Claims in No. 11-CV-0878, Judge Edward J. Damich.

---

**JUDGMENT**

---

RACHEL C. HUGHEY, Merchant & Gould P.C., of Minneapolis, Minnesota argued for plaintiff-appellant.  On the brief was HARRY A. SIEBEN, JR., Sieben, Grose, Von Holtum & Carey, of Minneapolis, Minnesota.

JOSHUA A. MANDLEBAUM, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director.  Of

counsel was DAVID H. CAZIER, United States Air Force, Commercial Litigation Field Support Center, AFLOA/JAQ, of Joint Base Andrews, Maryland.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 17, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |